Priority Send ☒
Enter ☒
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
MAR 29 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
MAR 31 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| DONNA MAROPULOS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES, *et al.*, <br><br> Defendants. | CV 04-07158 TJH (CWx) <br><br><br><br> Order |

The Court has considered Defendant Sheriff Lee Baca's motion to dismiss, together with the moving and opposing papers.

It is Ordered that the motion be, and hereby is, Granted as to the fourth and sixth causes of action.

It is further Ordered that the motion be, and hereby is, Denied as to the first and fifth causes of action.

Date: March 28, 2005

Terry J. Hatter, Jr.
United States District Judge

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).