1  LAW OFFICES OF DALE K. GALIPO
2  Dale K. Galipo, SBN 144074
   Vicki I. Sarmiento, SBN 134047
3  21800 Burbank Blvd., Suite 310
   Woodland Hills, California 91367
4  (818) 347-3333

5
6  Attorneys for Plaintiff Donna Maropulos, individually and as
   Administrator of the Estate of AARON MAROPULOS, et. al.

7

8

9                    **UNITED STATES DISTRICT COURT**

                     **CENTRAL DISTRICT**
10
11 DONNA MAROPULOS, individually and as        CASE NO.:  CV 04-7158 TJH (CWx)
   Administrator of the Estate of AARON
12 MAROPULOS; THEODORE MAROPULOS,              **JOINT STIPULATION TO ALLOW**
                                              **PLAINTIFFS TO FILE SECOND**
13                          Plaintiff,         **AMENDED COMPLAINT AND**
                                              **PROPOSED ORDER**
14         vs.

15 COUNTY OF LOS ANGELES; DEPUTY STEVE
   LANKFORD; SHERIFF LEE BACA and DOES 1
16 through 10, inclusive,

17                          Defendants.

18      **THE PARTIES HERETO**, by and through their attorneys of record have conferred

19 regarding plaintiffs' filing of their [Proposed] Second Amended Complaint in the above

20 entitled case and stipulate as follows:

21
22      **WHEREAS,** plaintiffs filed their original complaint on August 24, 2004;

23      **WHEREAS,** defendant Lee Baca filed a motion under FRCP 12(b)(6) and the Court
24
25 dismissed Baca from certain claims, to wit:  violation of plaintiffs' substantive due process

26 rights under the Fourteenth Amendment and conspiracy to deprive decedent of life and

27 liberty;
28

                                                               9

─────────────────────────────────────────────

           **JOINT STIPULATION TO ALLOW PLAINTIFFS TO FILE**
                  **SECOND AMENDED COMPLAINT**

**WHEREAS,** plaintiffs served a First Amended Complaint ("FAC") on counsel for defendants;

**WHEREAS,** after a met and confer on the FAC, plaintiffs wish to dismiss all sibling plaintiffs from the FAC and thus propose filing a Second Amended Complaint.

**THE PARTIES HERETO,** respectfully request the Court to allow plaintiffs to file a Second Amended Complaint ("SAC")) and that the SAC be the operative complaint that defendants' answer or otherwise respond to within a time period to be set by the Court. Further, the within stipulation may be executed in counterparts.

**IT IS SO STIPULATED:**

DATED:  April 8, 2005                    **LAW OFFICES OF DALE K. GALIPO**


By: _____
      VICKI I. SARMIENTO
      Attorneys for Plaintiffs MAROPULOS


DATED: _____            **DWYER, DALY, BROTZEN & BRUNO, LLP**


By: _____
      RICHARD S. KEMALYAN
      JENNY HSIEH
      Attorneys for Defendants COUNTY, BACA
      and LANKFORD

- 2 –

**JOINT STIPULATION TO ALLOW PLAINTIFFS TO FILE
SECOND AMENDED COMPLAINT**

1       **WHEREAS,** plaintiffs served a First Amended Complaint ("FAC") on counsel for

2 defendants;

3

4       **WHEREAS,** after a met and confer on the FAC, plaintiffs wish to dismiss all sibling

5 plaintiffs from the FAC and thus propose filing a Second Amended Complaint.

6       **THE PARTIES HERETO,** respectfully request the Court to allow plaintiffs to file a

7 Second Amended Complaint ("SAC")) and that the SAC be the operative complaint that

8

9 defendants' answer or otherwise respond to within a time period to be set by the Court.

10 Further, the within stipulation may be executed in counterparts.

11       **IT IS SO STIPULATED:**

12

13 DATED: April 8, 2005            **LAW OFFICES OF DALE K. GALIPO**

14

15

16

17                        By: _____

18                            VICKI I. SARMIENTO

19                            Attorneys for Plaintiffs MAROPULOS

20 DATED: _APRIL 19, 2005_          **DWYER, DALY, BROTZEN & BRUNO, LLP**

21

22

23

24                        By: _Richard S. Kemalyan_

25                            RICHARD S. KEMALYAN

26                            JENNY HSIEH

                           Attorneys for Defendants COUNTY, BACA

27                            and LANKFORD

28

**JOINT STIPULATION TO ALLOW PLAINTIFFS TO FILE
SECOND AMENDED COMPLAINT**

# [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that plaintiffs be permitted to file their Second Amended

Complaint (SAC) and that the SAC be the operative complaint that defendants' answer or

otherwise respond to within _____30_____ days from the date of this Order.


**DATED:** _5/2/05_

_Terry J. Hatter_

**HONORABLE TERRY J. HATTER, JR.**

- 3 –

# PROOF OF SERVICE

STATE OF CALIFORNIA          )
                            )   ss.
COUNTY OF LOS ANGELES        )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 333 N. Garfield Avenue, Alhambra, California 91801.

On April 20, 2005, I served the following document described as:

**JOINT STIPULATION TO ALLOW PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT AND PROPOSED ORDER**

served on the interested parties by placing a true copy thereof enclosed in sealed envelope addresses as follows:

**Richard S. Kemalyan, Esq.**
**Jenny Hsieh, Esq.**
**DWYER, DALY, BROTZEN & BRUNO, LLP**
**550 South Hope Street, Ste. 1900**
**Los Angeles, California 90071**

I deposited such envelope in the mail at Alhambra, California. The envelope was mailed with postage thereon fully prepaid.

I am readily familiar with the firm's practice and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit of mailing in affidavit.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 20th day of April, 2005 at Alhambra, California.

SANDRA Y. VIDAL