# ORIGINAL



## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MAROPULOS, ET AL., | Case No. CV 04-7158-TJH(CWx) |
| Plaintiff, | ORDER SETTING |
| vs | FINAL PRE-TRIAL CONFERENCE and |
| COUNTY OF LOS ANGELES, ET AL., | REFERRING DISCOVERY |
| Defendant(s). | |

IT IS ORDERED that all discovery matters which become at issue are referred to Magistrate Judge **Carla Woehrle** for his/her consideration.

Please contact the courtroom deputy clerk to the Magistrate Judge regarding these matters.

IT IS ORDERED, pursuant to Rule 16 of the Federal Rules of Civil Procedures and Local Rule 16, that the FINAL PRE-TRIAL CONFERENCE is placed on the Court's calendar for **June 19, 2006 at 10:00 a. m.** in COURTROOM NO. 17 in the U. S. COURTHOUSE on Spring Street.

Unless excused for good cause, each party appearing in this action shall be represented by the attorney who is to have charge of conducting the trial.

(Continued Page 2)



**ORDER re PTC and DISCOVERY MOTIONS   (Continued)                    Page Two**

IT IS FURTHER ORDERED that any application or stipulation to continue the Final Pre-Trial Conference shall be lodged with the court no later than one week prior to the Conference date, and shall state the reason for seeking the continuance.

THE COURT does not issue a scheduling order or set a status conference regarding the management of cases. Counsel are to come to an agreement regarding these dates to comply with FRCvP 26 and Local Rule 16 in order to prepare for the Final Pre-Trial Conference. If discovery has not been completed by the time of the Final Pre-Trial Conference, the COURT will set dates for discovery cutoff, the filing of any anticipated pre-trial motions and for trial which will be a date four to six months from the day of the Final Pre-Trial Conference.

AUG 3 1 2005

/s/ Terry J. Hatter, Jr.
TERRY J. HATTER, JR.
United States District Judge

**NOTE TO COUNSEL:**

Please review the attached "MEMORANDUM re PROCEDURAL RULES for JUDGE HATTER'S CASES".

**cc: Counsel of Record**

# MEMORANDUM

**TO:** COUNSEL OF RECORD

**FROM:** Yolanda Skipper, Court Clerk to the Honorable Judge Hatter (www.cacd.uscourts.gov.)

**RE:** Procedural Rules for Judge Hatter's cases

## MOTIONS:

All motions shall stand submitted, without hearing oral arguments, as of the calendared date of the motion. If Judge Hatter desires to hear oral arguments, the motion will be set by written notification to counsel for a date other than the calendared date of the motion.

Please notice the motion for a Monday, <u>excluding legal holidays</u>, and comply with the Local Rules as to service and filing of the motion. Where you will indicate the time of the hearing, please insert "Taken Under Submission".

When a decision has been made, copies of the order and/or judgment will be sent to all counsel of record. PLEASE REFRAIN from calling the court clerk regarding the status of the motion. See Local Rule 83-9.2.

## DEPOSITIONS:

Please do not lodge depositions in conjunction with a motion. If Judge Hatter finds it necessary to review a deposition, counsel will be contacted.

## EX PARTE APPLICATIONS:

Please comply with the Local Rules except as to the date and time for a hearing. Judge Hatter will determine whether a hearing is necessary after he has reviewed the application. If there is to be a hearing, counsel will be contacted as to date and time.

When opposing counsel has been notified of an ex-parte application and would like to submit a written objection, please contact the court clerk immediately and counsel will be given, at least, a day to file it.

## STIPULATIONS:

When submitting a stipulation for any purpose, please make sure the reason for the stipulation is stated in it, otherwise, the stipulation will be returned to counsel with no action being taken on it.

Remit extra copies with stamped-self addressed envelopes to be conformed and returned to counsel. TELEPHONIC INQUIRIES regarding the status of a stipulation may not be returned.

DISCOVERY MATTERS/MOTIONS:

All discovery matters which become at issue are referred to the magistrate judge assigned to the case for his or her determination. The initials in parentheses in the case number indicates the name for the magistrate judge. Please contact the court clerk for the magistrate judge regarding these matters.

SCHEDULING CONFERENCE / PRE-TRIAL CONFERENCE:

Judge Hatter does not set a scheduling conference. When the matter becomes at issue or the majority of the pleadings have been filed, the Final Pre-trial Conference will be set. The Joint Proposed Pretrial Conference Order is to be lodged with the court TWO days prior to the Final Pre-trial Conference hearing.

SETTLEMENT :

Please comply with Local Rule 16-14.4

NAMES OF REPORTERS:

The name of the reporter for a hearing may be obtained from the Minutes (green in color) of the hearing which are placed in the original file maintained in the File Room of the Clerk's Office. It can also be obtained from the CM/ECF system in the Clerk's Office. The CM/ECF system can be accessed through PACER.

TRIALS:

On the first day of trial, please bring with you the following:
1. All exhibits
2. Bench copy of all exhibits. Place them in a binder with tabs as to the exhibit numbers.
3. Copies of depositions that are to be used for any purpose. The original or A copy for the witness and a copy for the judge.
4. Three copies of your witness list. For Court use.
5. Three copies of your exhibit list. For Court use.

EXHIBITS TAGS:

They can be obtained from the File Room at the Clerk's Office.
Affix them to the upper right-hand corner of the exhibit.

DEPOSITIONS:

If they are to be used during a trial, DO NOT LODGE them prior to the trial.
Please bring them with you on the first day of trial.

If a deposition is to be used in lieu of live testimony, please indicate the designated portions by any means other than color-coded. Judge Hatter is "color ignorant". You may designate the portions by listing them on a separate sheet.

**JURY INSTRUCTIONS** - PLEASE comply with the ORDER regarding instructions that will be mailed after the trial has been set.

**TRIAL HOURS:**  Tuesdays through Fridays
Begin at 9:30 a.m. (except for the 1st day - at 10:00 a.m.)
Adjourn between 5:00 p.m. and 6:00 p.m.
There will be a mid-morning and mid-afternoon recess.

**IMPANELING OF JURY / CONDUCT OF COUNSEL:**

On the first day of trial, Judge Hatter will instruct counsel as to voir dire procedures, expected conduct of counsel during trial, and other relevant matters.