UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES-GENERAL

Case No. CV 04-7158 TJH (CWx)          Date: March 21, 2006

Title: Donna Maropulos, et al. v. County of Los Angeles, et al.

DOCKET ENTRY

PRESENT: HON. CARLA WOEHRLE, UNITED STATES MAGISTRATE JUDGE

        Donna Y. Thomas              06-18
        Deputy Clerk              Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:
    No appearance                       Richard S. Kemalyan

PROCEEDINGS: Defendant's Motion for Sanctions for Plaintiffs' Failure to Comply with Court Order of January 10, 2006

   Defendant's motion is **GRANTED IN PART**. Additional monetary sanctions are awarded in the amount of $780. These sanctions, as well as the monetary sanctions previously awarded (in the amount of $1,488) are to be paid in full by March 24, 2006. **Plaintiffs are cautioned that further failure to comply with the court's orders or with other discovery obligations may result in the imposition of evidentiary, issue preclusion, or terminating sanctions.**

cc:   Counsel of Record


I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED
BY FAX DELIVERY ON PLAINTIFF/DEFENDANT (OR PARTIES)
AT THEIR RESPECTIVE MOST RECENT FAX NUMBER OF RECORD
IN THIS ACTION ON THIS DATE.

DATE: 3/21/06

DEPUTY CLERK

MINUTES FORM 11                    Initials of Deputy Clerk
CIVIL-GEN

DOCKETED ON CM
MAR 21 2006